UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NICOLO FALCONE,

    Plaintiff,

vs.　　　　　　　　　　　　　　　　　　　　Case No.07-10665
　　　　　　　　　　　　　　　　　　　　　　Hon. Patrick J. Duggan

CITY OF WARREN,

    Defendant.
_____/

| PITT, MCGEHEE, PALMER, RIVERS & GOLDEN | KITCH DRUTCHAS WAGNER VALITUTTI & SHERBROOK |
|---|---|
| MEGAN A. BONANNI (P52079) | TIMOTHY S. GROUSTRA (P48966) |
| Attorney for Plaintiff | Attorney for Defendant |
| 117 W. Fourth Street, Suite 200 | 10 South Main Street, Suite 307 |
| Royal Oak, Michigan 48067 | Mt. Clemens, MI 48043 |
| (248) 398-9800 | (586) 463-9770 |

KITCH DRUTCHAS WAGNER VALITUTTI & SHERBROOK
KAREN B. BERKERY (P36898)
LORI KEEN ADAMCHESKI (P69674)
Attorney for Defendant
One Woodward Ave., Suite 2400
Detroit, Michigan 48226
(313) 965-7448

_____/

## STIPULATION AND ORDER ALLOWING PLAINTIFF TO FILE AN AMENDED WITNESS LIST

The parties herein, by and through their respective parties, hereby agree and stipulate that Plaintiff shall be permitted to file an Amended Witness List.

| PITT, MCGEHEE, PALMER, RIVERS & GOLDEN | KITCH DRUTCHAS WAGNER VALITUTTI & SHERBROOK |
|---|---|
| By: /s/ Megan A. Bonanni P52079 | By:/s/ Lori Keen Adamcheski P69674 |
| MEGAN A. BONANNI (P52079) | KAREN B. BERKERY (P36898) |
| Attorney for Plaintiff | LORI KEEN ADAMCHESKI (P69674) |
| | Attorneys for Defendant |

UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NICOLO FALCONE,

       Plaintiff,

vs.                                                                    Case No.07-10665
                                                                        Hon. Patrick J. Duggan

CITY OF WARREN,

       Defendant.

_____/
_____

**ORDER ALLOWING PLAINTIFF TO FILE AN
AMENDED WITNESS LIST**

At a session of said Court, held in the City of
Detroit, County of Wayne, and State of Michigan
on: <u>March 6, 2008.</u>

PRESENT: HON. PATRICK J. DUGGAN
U. S. District Court Judge

This matter having come before the Court and the Court being duly advised in the

premises;

IT IS HEREBY ORDERED that Plaintiff is allowed to file an Amended Witness List.

                                   <u>s/Patrick J. Duggan                </u>
                                   Patrick J. Duggan
                                   United States District Judge

Dated: March 6, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 6, 2008, by electronic and/or ordinary mail.

                                   <u>s/Marilyn Orem                   </u>
                                   Case Manager