UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NICOLO FALCONE,

     Plaintiff,                    Hon. PATRICK J. DUGGAN

v                              Case No.: 07-10665

CITY OF WARREN,

     Defendant.

---

## STIPULATION FOR DISMISSAL

     NOW COME the parties, by and through their counsel, and do hereby stipulate and agree that the above-captioned matter shall be dismissed, with prejudice and without costs.

By: s/Megan Bonanni_____     By: s/ Karen B. Berkery_____
   Megan Bonanni (P52079)             Karen B. Berkery (P38698_
   Attorney for Plaintiff                Attorney for Defendant
   117 West Fourth St., Ste. 200       One Woodward Avenue, Suite 2400
   Royal Oak, Michigan  48067        Detroit, Michigan 48226
   (248) 398-9800                   (313) 965-7448
   ma_bonanni@hotmail.com         karen.berkery@kitch.com

KITCH DRUTCHAS
WAGNER VALITUTTI &
SHERBROOK
ATTORNEYS & COUNSELORS AT
LAW
ONE WOODWARD AVENUE,
SUITE 2400
DETROIT, MI 48226-5485

(313) 965-7900

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NICOLO FALCONE,

      Plaintiff,                             Hon. PATRICK J. DUGGAN

v                                   Case No.: 07-10665

CITY OF WARREN,

      Defendant.

---

## ORDER FOR DISMISSAL

      UPON READING AND FILING of the above stipulation, and the Court being fully

advised in the premises;

      IT IS HEREBY ORDERED that the above-captioned matter be dismissed, with

prejudice and without costs.

                s/Patrick J. Duggan
                Patrick J. Duggan
                United States District Judge
Dated: March 4, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of
record on March 4, 2009,by electronic and/or ordinary mail.

                s/Marilyn Orem
                Case Manager

KITCH DRUTCHAS
WAGNER VALITUTTI &
SHERBROOK
ATTORNEYS & COUNSELORS AT
LAW
ONE WOODWARD AVENUE,
SUITE 2400
DETROIT, MI 48226-5485
(313) 965-7900